# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY VACA,

    Plaintiff,

v.

SKY VIEW ACADEMY LLC, *et al.*,

    Defendants.

Case No. 2:12-CV-00814-KJD-GWF

**ORDER**

    Plaintiff's Complaint (#1) was filed May 14, 2012. The last defendant was served with the summons and complaint on August 22, 2012. Therefore, the latest answer was due on September 12, 2012. However, Defendants have entirely failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for entry of default judgment, or notice of voluntarily dismissal no later than January 2, 2013.

**IT IS SO ORDERED.**

    DATED this 11th day of December 2012.

_____
Kent J. Dawson
United States District Judge