# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY VACA; CYNTHIA SHEPHERD, | |
| Plaintiffs, | Case No. 2:12-cv-00814-APG-GWF |
| vs. | **ORDER** |
| SKY VIEW ACADEMY, LLC, *et al.*, | Motion to Withdraw (#37) |
| Defendants. | |

This matter comes before the Court on Robert Spear, Esq.'s Motion to Withdraw as Counsel (#37) for Plaintiffs Anthony Vaca and Cynthia Shepherd ("Plaintiffs"), filed together with a Motion to Extend Discovery (#36) on October 10, 2013. The Court subsequently extended the discovery deadlines in this case, *see October 29, 2013 Minutes of Proceedings, Doc. #45*, and Plaintiffs will therefore not be prejudiced by the withdrawal of counsel at this time. Mr. Spear, however, did not include the last known addresses of Plaintiffs in his Motion. The Court will direct Mr. Spear to file a certificate of service for the instant Motion as to Plaintiffs that includes Plaintiffs' addresses for the purpose of adding them to the civil docket. Accordingly,

**IT IS HEREBY ORDERED** that Robert Spear, Esq. shall, within 7 days of the date of this Order, file a certificate of service for his Motion to Withdraw (#37) as to Plaintiffs Vaca and Shepherd that includes Plaintiffs' last known addresses.

DATED this 4th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge