# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY VACA; CYNTHIA SHEPHERD, | |
| Plaintiffs, | Case No. 2:12-cv-00814-APG-GWF |
| vs. | **ORDER** |
| SKY VIEW ACADEMY, LLC, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (#49) filed December 3, 2013, wherein the parties advised the Court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **March 10, 2014** advising the Court of the status of the settlement.

DATED this 26th day of February, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge